ROSE E. STILL, Respondent, v. CHARLES I. STILL and Others, Defendants.

MARCUS S. SCHIELE, Appellant.— Appeal dismissed, without costs. Present —
Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.